UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAM ALAN MILLS,<br><br>        Petitioner,<br><br>vs.<br><br>BERNARD WARNER,<br><br>        Respondent. | No. 2:13-CV-5140-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    **BEFORE THE COURT** is Magistrate Judge Rodgers' May 9, 2014, Report and Recommendation to Grant Respondent's Motion to Dismiss All Claims with Prejudice. ECF No. 11. Petitioner appears *pro se*. Assistant Attorney General Alex A. Kostin represents Respondent. On May 23, 2014, Petitioner filed timely objections to the Report and Recommendation. ECF No. 12.

    The Court has reviewed and considered Petitioner's "Objection to Magistrate Judge's Report and Recommendation." ECF No. 12. Having reviewed the May 9, 2014, Report and Recommendation, ECF No. 11, and considered Petitioner's objections thereto, the May 9, 2014 Report and Recommendation, **ECF No. 11**, is **ADOPTED in its entirety**.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.  Respondent's Motion to Dismiss, **ECF No. 9**, is **GRANTED**.

    2.  Petitioner's Petition for Writ of Habeas Corpus, **ECF No. 1**, is **DENIED and DISMISSED WITH PREJUDICE**.

3.  The parties shall bear their own costs.

**IT IS SO ORDERED**.  The District Court Executive is directed to file this Order, provide a copy to Petitioner and counsel for Respondent, and **CLOSE THE FILE**.

DATED this 10th day of June, 2014.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR U.S. DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2